BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>              v.<br><br>GUSTAVO ANGEL SALINAS,<br><br>                            Defendant. | 1:12-cr-00360 AWI DLB<br>5:12-mj-044 JLT<br><br>STIPULATION REGARDING<br>CONTINUANCE;  FINDINGS AND<br>ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for preliminary hearing on October 19.

2.  The grand jury returned an indictment this date.

3.  By this stipulation, the parties move to continue the arraignment and plea on the Indictment to Monday, October 22 at 1:30 p.m., since Defendant is currently housed at Lerdo and the U.S. Marshal Service does not typically transport Lerdo prisoners on Fridays.

////

////

1

IT IS SO STIPULATED.

DATED:     October 18, 2012.     Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     October 18, 2012.

/s/ Carol Moses
CAROL MOSES
Counsel for Defendant Gustavo Angel Salinas

**O R D E R**

IT IS SO ORDERED.

Dated:   **October 18, 2012**          **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

2